UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA J. MACKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No.4:10CV2293SNLJ/LMB |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER AND JUDGMENT

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the Amended Report and Recommendation of United States Magistrate Judge Lewis M. Blanton [22], filed March 30, 2012 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying plaintiff's application for a Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act be and is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act be and is **REVERSED** and this case be **REMANDED.**

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that pursuant to Sentence Four of 42 U.S.C. §405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the United States Magistrate Judge's original Report and Recommendation [19], as well as the United States Magistrate Judge's Amended Report and Recommendation [22].  This

Court does not retain jurisdiction of this case.

Dated this   23rd      day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE